UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------

ANDROME LEATHER CORP.

        Plaintiff,

  v.                6:05-CV-733

CITY OF GLOVERSVILLE, ZONING BOARD
OF APPEALS OF THE CITY OF GLOVERSVILLE,
D. ROBERT ROBBINS, JR., THOMAS RENDA,
FRANCES MOSCONI, MARGARET RALBOVSKY,
GARRISON SEELOW, DEBORAH ASHE, KELLY
OCTIGAN, KAREN SMITH, MICHAEL CAPPARELLO,
ABRAHAM SEROUSSI, COMMON COUNCIL OF THE
CITY OF GLOVERSVILLE, ANTHONY J. CARUSO,
MARIE A. SCHUTZ, FRANK A. CLEMENTE, ANTHONY
P. CHRISTIANO, PAUL E. REID, and MARYLOUISE
R. MELE,

        Defendants.
----------------------------------

| APPEARANCES: | OF COUNSEL: |
|---|---|
| OLIVER & OLIVER<br>Attorneys for Plaintiff<br>156 Madison Avenue<br>Albany, New York 12202 | LEWIS B. OLIVER, JR., ESQ. |
| MURPHY, BURNS, BARBER & MURPHY, LLP<br>Attorneys for Defendants<br>4 Atrium Drive, Executive Woods<br>Albany, New York 12205 | PETER G. BARBER, ESQ. |

DAVID N. HURD
United States District Judge

## **O R D E R**

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on April 13, 2007, in Utica, New York, it is hereby ORDERED that defendants' motion for summary judgment is DENIED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: April 16, 2007
       Utica, New York.